ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*GEICO Casualty Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATOYA LANESIA ANDERSON, individually; LESIA VANESSA WILSON, individually; and TRE DEANDRE HOWARD, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO CASUALTY COMPANY, a Maryland company; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant. | CASE NO. 2:14-cv-01201-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS** |

IT IS HEREBY STIPULATED and AGREED between Plaintiffs LATOYA LANESIA ANDERSON, LESIA VANESSA WILSON, and TRE DEANDRE HOWARD (collectively referred to as "Plaintiffs'), by and through their counsel, Glen Lerner Injury Lawyers, and Defendant GEICO CASUALTY COMPANY ("GEICO") by and through its counsel, Lewis Brisbois Bisgaard & Smith LLP, that the First Cause of Action of Plaintiffs' Complaint against GEICO in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

4834-8558-6212.1

1  IT IS FURTHER STIPULATED AND AGREED that Plaintiffs' prayer for exemplary
2  and punitive damages shall also be dismissed with prejudice.
3  DATED this 1st day of June, 2015.        DATED this 25th day of June, 2015.
4  GLEN LERNER INJURY ATTORNEYS          LEWIS BRISBOIS BISGAARD & SMITH LLP

6  By _____              By _____
7  JUSTIN G. RANDALL, ESQ.                ROBERT W. FREEMAN, ESQ.
   Nevada Bar No. 012476                  Nevada Bar No. 003062
8  4795 S. Durango Drive                  DANIELLE C. MILLER, ESQ.
   Las Vegas, Nevada 89147                Nevada Bar No. 009127
9  *Attorneys for Plaintiffs*             6385 S. Rainbow Boulevard, Suite 600
10                                        Las Vegas, Nevada 89118
                                          *Attorneys for Defendant GEICO*
11                                        *Casualty Company*

12                              **ORDER**

13  IT IS SO ORDERED.
14  DATED this 25th day of June, 2015.

                                          _____
16                                        Gloria M. Navarro, Chief Judge
                                          United States District Court
17
   Respectfully Submitted by:
18
   LEWIS BRISBOIS BISGAARD & SMITH LLP
19

20 By _____
21  ROBERT W. FREEMAN, ESQ.
    Nevada Bar No. 003062
22  DANIELLE C. MILLER, ESQ.
    Nevada Bar No. 009127
23  6385 S. Rainbow Boulevard, Suite 600
24  Las Vegas, Nevada 89118
    *Attorneys for Defendant GEICO*
25  *Casualty Company*

4834-8558-6212.1                    2